| | |
|---|---|
| James P. Eriksen, Esq. | Frederick H. Nelson, Esq. |
| California Bar No. 149816 | Florida Bar No. 0990523 |
| (Local Counsel) | (Lead Trial Counsel) |
| **AMERICAN LIBERTIES INSTITUTE** | **AMERICAN LIBERTIES INSTITUTE** |
| 10333 La Vine Street | P.O. Box 547503 |
| Alta Loma, California 91701 | Orlando, FL  32854-7503 |
| Telephone: (626) 483-8507 | Telephone: (407) 786-7007 |
| Facsimile: (877) 381-7090 | Facsimile: (407) 786-2978 |
| Email: JEriksen@ali-usa.org | Email: Rick@ali-usa.org |
| (Admitted to Northern District) | (Admitted *pro hac vice*) |

Attorneys for Plaintiffs JEWS FOR JESUS, INC., and MR. ROBERT WERTHEIM

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| JEWS FOR JESUS, INC., a California non-profit corporation, MR. ROBERT WERTHEIM, as an individual and as an employee of JEWS FOR JESUS, INC., | ) ) ) ) ) ) ) ) | **Case No: CV 08-03876 MHP** <br><br> **STIPULATION FOR ENTRY OF ORDER EXTENDING TIME TO FILE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS AND PLAINTIFFS' BILL OF COSTS** |
| Plaintiffs, | ) | |
| vs. | ) ) | |
| CITY COLLEGE OF SAN FRANCISCO, and CHARLTON FOTCH, as an individual, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and

Costs and Plaintiffs' Bill of Costs - Page 1

**Case No: CV 08-03876 MHP** Jews for Jesus, et al. v. City College of San Francisco

COME NOW the parties, Plaintiffs, JEWS FOR JESUS, INC., and MR. ROBERT WERTHEIM (hereinafter "Plaintiffs"), and Defendants SAN FRANCISCO COMMUNITY COLLEGE DISTRICT a/k/a CITY COLLEGE OF SAN FRANCISCO, and CHARLTON FOTCH (hereinafter "Defendants"), by and through their undersigned counsel, pursuant to Local Rule 6-2, and file the parties' Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs.

The parties reached a verbal agreement to resolve Plaintiffs' attorneys' fees and costs and request a brief extension of time to complete the necessary documents. Pursuant to Local Rule 6-2, the parties respectfully request this Court to enter an Order granting this Stipulation and extend the deadline for Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs until Thursday, June 7, 2009.

**WHEREFORE**, the parties respectfully request this Court to grant the parties' Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs until June 7, 2009. Each party reserves all rights relative to any Motion for Attorneys' Fees and Costs that may be filed, if necessary.

### MEMORANDUM OF LAW

Pursuant to Local Rule 54-1 and Local Rule 54-6, the deadline for Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs is fourteen (14) days from the entry of Judgment. Judgment was entered on Wednesday, April 15, 2009. The time to file Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs has not expired.

The parties reached a verbal agreement to resolve Plaintiffs' attorneys' fees and costs and request a brief extension of time to complete the necessary documents. Pursuant to Local Rule 6-2, the parties respectfully request this Court to enter an Order granting this Stipulation and extend the deadline for Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs until Thursday, June 7, 2009.

Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs - Page 2

Case No: CV 08-03876 MHP Jews for Jesus, et al. v. City College of San Francisco

**WHEREFORE**, the parties respectfully request this Court to grant the parties' Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs until June 7, 2009, and grant any other relief this Court believes is equitable and just.

DATED: April 24, 2009

                                                                                                   Respectfully submitted,

**Attorney for Plaintiffs:**

s/Frederick H. Nelson
Frederick H. Nelson, Esq.
Florida Bar No. 0990523
**AMERICAN LIBERTIES INSTITUTE**
P.O. Box 547503
Orlando, FL  32854-7503
Telephone: (407) 786-7007
Facsimile: (407) 786-2978
Email: Rick@ali-usa.org
(Admitted *pro hac vice*)

**Attorney for Defendants:**

s/Louis A. Leone
Louis A. Leone, Esq.
(CSB # 099874)
**Stubbs & Leone**
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone (925) 974-8600
Email: lleone@stubbsleone.com

Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs - Page 3

Case No: CV 08-03876 MHP Jews for Jesus, et al. v. City College of San Francisco

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of April 2009, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

      Louis A. Leone, Esq.
      Kathleen Darmagnac, Esq.
      Stubbs & Leone
      2175 N. California Blvd., Suite 900
      Walnut Creek, CA 94596
      Louis A. Leone, Esq. (CSB # 099874)
      Kathleen Darmagnac, Esq. (CSB # 150843)
      Attorneys for Defendants

      Respectfully submitted this 24th day of April 2009.

| | |
|---|---|
| | s/Frederick H. Nelson |
| James P. Eriksen, Esq. | Frederick H. Nelson, Esq. |
| California Bar No. 149816 | Florida Bar No. 0990523 |
| (Local Counsel) | (Lead Trial Counsel) |
| **AMERICAN LIBERTIES INSTITUTE** | **AMERICAN LIBERTIES INSTITUTE** |
| 10333 La Vine Street | P.O. Box 547503 |
| Alta Loma, California 91701 | Orlando, FL  32854-7503 |
| Telephone: (626) 483-8507 | Telephone: (407) 786-7007 |
| Facsimile: (877) 381-7090 | Facsimile: (407) 786-2978 |
| Email: JEriksen@ali-usa.org | Email: Rick@ali-usa.org |
| (Admitted to Northern District) | (Admitted *pro hac vice*) |

Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and

Costs and Plaintiffs' Bill of Costs - Page 4

Case No: CV 08-03876 MHP Jews for Jesus, et al. v. City College of San Francisco

| | |
|---|---|
| James P. Eriksen, Esq. | Frederick H. Nelson, Esq. |
| California Bar No. 149816 | Florida Bar No. 0990523 |
| (Local Counsel) | (Lead Trial Counsel) |
| **AMERICAN LIBERTIES INSTITUTE** | **AMERICAN LIBERTIES INSTITUTE** |
| 10333 La Vine Street | P.O. Box 547503 |
| Alta Loma, California 91701 | Orlando, FL  32854-7503 |
| Telephone: (626) 483-8507 | Telephone: (407) 786-7007 |
| Facsimile: (877) 381-7090 | Facsimile: (407) 786-2978 |
| Email: JEriksen@ali-usa.org | Email: Rick@ali-usa.org |
| (Admitted to Northern District) | (Admitted *pro hac vice*) |

Attorneys for Plaintiffs JEWS FOR JESUS, INC., and MR. ROBERT WERTHEIM

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JEWS FOR JESUS, INC., ) <br> a California non-profit corporation, ) <br> MR. ROBERT WERTHEIM, ) <br> as an individual ) <br> and as an employee of ) <br> JEWS FOR JESUS, INC., ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> CITY COLLEGE OF ) <br> SAN FRANCISCO, and ) <br> CHARLTON FOTCH, as an ) <br> individual, ) <br> ) <br> Defendants. ) <br> _____) | **Case No: CV 08-03876 MHP** <br><br> **PLAINTIFFS' DECLARATION OF FREDERICK H. NELSON SUPPORTING STIPULATION FOR ENTRY OF ORDER EXTENDING TIME TO FILE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS AND PLAINTIFFS' BILL OF COSTS** |

Plaintiffs' Declaration of Frederick H. Nelson
Supporting Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs - Page 1
**Case No: CV 08-03876 MHP** Jews for Jesus, et al. v. City College of San Francisco

FREDERICK H. NELSON declares:

1. I am an attorney representing Plaintiffs in this action. The matters stated in this Declaration are personally known to me. If called upon to testify under oath, I could and would competently testify to the following facts.

2. Pursuant to Local Rule 6-2(a), Plaintiffs' counsel states:

   a. The parties reached a verbal agreement to resolve Plaintiffs' attorneys' fees and costs and request a brief extension of time to complete the necessary documents.

   b. No previous extensions of time have been requested or granted for Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs.

   c. The requested extension of time will have no effect upon any Court scheduling.

3. On Friday, April 24, 2009, I submitted the parties' Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs to Defendants' counsel. Defendants' counsel respond with approval to submit the Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs.

I declare under penalty of perjury under the laws of the State of California and Florida and of the United States that the foregoing is true and correct, and that this Declaration is executed this 24th day of April, 2009, at Clermont, Florida.

DATED: April 24, 2009

                                                     Respectfully submitted,

                                                   **AMERICAN LIBERTIES INSTITUTE**

                                                   s/Frederick H. Nelson
                                                   Frederick H. Nelson, Esq.
                                                   (Lead Trial Counsel)
                                                   Florida Bar No. 0990523
                                                   (Admitted *pro hac vice*)
                                                   P.O. Box 547503
                                                   Orlando, FL  32854-7503

---

Plaintiffs' Declaration of Frederick H. Nelson
Supporting Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs - Page 2
**Case No: CV 08-03876 MHP** Jews for Jesus, et al. v. City College of San Francisco

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of April 2009, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

    Louis A. Leone, Esq.
    Kathleen Darmagnac, Esq.
    Stubbs & Leone
    2175 N. California Blvd., Suite 900
    Walnut Creek, CA 94596
    Louis A. Leone, Esq. (CSB # 099874)
    Kathleen Darmagnac, Esq. (CSB # 150843)
    Attorneys for Defendants

Respectfully submitted this 24th day of April 2009.

| | |
|---|---|
| | s/Frederick H. Nelson |
| James P. Eriksen, Esq. | Frederick H. Nelson, Esq. |
| California Bar No. 149816 | Florida Bar No. 0990523 |
| (Local Counsel) | (Lead Trial Counsel) |
| **AMERICAN LIBERTIES INSTITUTE** | **AMERICAN LIBERTIES INSTITUTE** |
| 10333 La Vine Street | P.O. Box 547503 |
| Alta Loma, California 91701 | Orlando, FL  32854-7503 |
| Telephone: (626) 483-8507 | Telephone: (407) 786-7007 |
| Facsimile: (877) 381-7090 | Facsimile: (407) 786-2978 |
| Email: JEriksen@ali-usa.org | Email: Rick@ali-usa.org |
| (Admitted to Northern District) | (Admitted *pro hac vice*) |

---

Plaintiffs' Declaration of Frederick H. Nelson
Supporting Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for
Attorneys' Fees and Costs and Plaintiffs' Bill of Costs - Page 3
**Case No: CV 08-03876 MHP** Jews for Jesus, et al. v. City College of San Francisco

| | |
|---|---|
| James P. Eriksen, Esq. | Frederick H. Nelson, Esq. |
| California Bar No. 149816 | Florida Bar No. 0990523 |
| (Local Counsel) | (Lead Trial Counsel) |
| **AMERICAN LIBERTIES INSTITUTE** | **AMERICAN LIBERTIES INSTITUTE** |
| 10333 La Vine Street | P.O. Box 547503 |
| Alta Loma, California 91701 | Orlando, FL  32854-7503 |
| Telephone: (626) 483-8507 | Telephone: (407) 786-7007 |
| Facsimile: (877) 381-7090 | Facsimile: (407) 786-2978 |
| Email: JEriksen@ali-usa.org | Email: Rick@ali-usa.org |
| (Admitted to Northern District) | (Admitted *pro hac vice*) |

Attorneys for Plaintiffs JEWS FOR JESUS, INC., and MR. ROBERT WERTHEIM

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| JEWS FOR JESUS, INC., <br> a California non-profit corporation, <br> MR. ROBERT WERTHEIM, <br> as an individual <br> and as an employee of <br> JEWS FOR JESUS, INC., <br><br> Plaintiffs, <br> vs. <br><br> CITY COLLEGE OF <br> SAN FRANCISCO, and <br> CHARLTON FOTCH, as an <br> individual, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **Case No: CV 08-03876 MHP** <br><br> **[PROPOSED] ORDER GRANTING STIPULATION FOR ENTRY OF ORDER EXTENDING TIME TO FILE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS AND PLAINTIFFS' BILL OF COSTS** |

[Proposed] Order Granting Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs - Page 1

**Case No: CV 08-03876 MHP** Jews for Jesus, et al. v. City College of San Francisco

**MEMORANDUM AND ORDER**

The Court, having read and considered the parties' Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs, finds that good cause exists to grant the Stipulation, and thereby orders as follows:

1. PURSUANT TO STIPULATION, IT IS SO ORDERED.

2. The deadline for Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs is extended until Thursday, June 7, 2009.

IT IS SO ORDERED.

Date: __aPRIL 28_____, 2009



JUDGE
IT IS SO ORDERED
Judge Marilyn H. Patel

[Proposed] Order Granting Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs - Page 2

Case No: CV 08-03876 MHP Jews for Jesus, et al. v. City College of San Francisco