| | |
|---|---|
| James P. Eriksen, Esq. | Frederick H. Nelson, Esq. |
| California Bar No. 149816 | Florida Bar No. 0990523 |
| (Local Counsel) | (Lead Trial Counsel) |
| **AMERICAN LIBERTIES INSTITUTE** | **AMERICAN LIBERTIES INSTITUTE** |
| 10333 La Vine Street | P.O. Box 547503 |
| Alta Loma, California 91701 | Orlando, FL  32854-7503 |
| Telephone: (626) 483-8507 | Telephone: (407) 786-7007 |
| Facsimile: (877) 381-7090 | Facsimile: (407) 786-2978 |
| Email: JEriksen@ali-usa.org | Email: Rick@ali-usa.org |
| (Admitted to Northern District) | (Admitted *pro hac vice*) |

Attorneys for Plaintiffs JEWS FOR JESUS, INC., and MR. ROBERT WERTHEIM

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| JEWS FOR JESUS, INC., | ) | **Case No: CV 08-03876 MHP** |
| a California non-profit corporation, | ) | |
| MR. ROBERT WERTHEIM, | ) | **STIPULATION FOR ENTRY OF** |
| as an individual | ) | **ORDER EXTENDING TIME TO FILE** |
| and as an employee of | ) | **PLAINTIFFS' MOTION FOR** |
| JEWS FOR JESUS, INC., | ) | **ATTORNEYS' FEES AND COSTS AND** |
|  | ) | **PLAINTIFFS' BILL OF COSTS** |
| Plaintiffs, | ) | |
| vs. | ) | |
|  | ) | |
| CITY COLLEGE OF | ) | |
| SAN FRANCISCO, and | ) | |
| CHARLTON FOTCH, as an | ) | |
| individual, | ) | |
|  | ) | |
| Defendants. | ) | |
| _____ | ) | |

Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and

Costs and Plaintiffs' Bill of Costs - Page 1

**Case No: CV 08-03876 MHP** Jews for Jesus, et al. v. City College of San Francisco

1 | COME NOW the parties, Plaintiffs, JEWS FOR JESUS, INC., and MR. ROBERT WERTHEIM (hereinafter "Plaintiffs"), and Defendants SAN FRANCISCO COMMUNITY COLLEGE DISTRICT a/k/a CITY COLLEGE OF SAN FRANCISCO, and CHARLTON FOTCH (hereinafter "Defendants"), by and through their undersigned counsel, pursuant to Local Rule 6-2, and file the parties' Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs.

The parties have executed a Settlement Agreement to resolve Plaintiffs' attorneys' fees and costs and request a brief extension of time to negotiate the remittance of funds. Pursuant to Local Rule 6-2, the parties respectfully request this Court to enter an Order granting this Stipulation and extend the deadline for Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs until Thursday, June 18, 2009.

**WHEREFORE**, the parties respectfully request this Court to grant the parties' Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs until Thursday, June 18, 2009. Each party reserves all rights relative to any Motion for Attorneys' Fees and Costs that may be filed, if necessary.

## MEMORANDUM OF LAW

Pursuant to this Court's Order (DE. # 56) entered on April 28, 2009, the deadline for Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs is June 7, 2009. The time to file Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs has not expired.

The parties have executed a Settlement Agreement to resolve Plaintiffs' attorneys' fees and costs and request a brief extension of time to negotiate the remittance of funds. Pursuant to Local Rule 6-2, the parties respectfully request this Court to enter an Order granting this Stipulation and extend the deadline for Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs until Thursday, June 18, 2009.

Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs - Page 2

Case No: CV 08-03876 MHP Jews for Jesus, et al. v. City College of San Francisco

**WHEREFORE**, the parties respectfully request this Court to grant the parties' Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs until Thursday, June 18, 2009, and grant any other relief this Court believes is equitable and just.

DATED: June 1, 2009

Respectfully submitted,

**Attorney for Plaintiffs:**
s/Frederick H. Nelson
Frederick H. Nelson, Esq.
Florida Bar No. 0990523
**AMERICAN LIBERTIES INSTITUTE**
P.O. Box 547503
Orlando, FL  32854-7503
Telephone: (407) 786-7007
Facsimile: (407) 786-2978
Email: Rick@ali-usa.org
(Admitted *pro hac vice*)

**Attorney for Defendants:**
s/Louis A. Leone
Louis A. Leone, Esq.
(CSB # 099874)
**Stubbs & Leone**
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone (925) 974-8600
Email: lleone@stubbsleone.com

Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs - Page 3

Case No: CV 08-03876 MHP Jews for Jesus, et al. v. City College of San Francisco

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1ˢᵗ day of June 2009, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

    Louis A. Leone, Esq.
    Kathleen Darmagnac, Esq.
    Stubbs & Leone
    2175 N. California Blvd., Suite 900
    Walnut Creek, CA 94596
    Louis A. Leone, Esq. (CSB # 099874)
    Kathleen Darmagnac, Esq. (CSB # 150843)
    Attorneys for Defendants

Respectfully submitted this 1ˢᵗ day of June 2009.

| | |
|---|---|
| | s/Frederick H. Nelson |
| James P. Eriksen, Esq. | Frederick H. Nelson, Esq. |
| California Bar No. 149816 | Florida Bar No. 0990523 |
| (Local Counsel) | (Lead Trial Counsel) |
| **AMERICAN LIBERTIES INSTITUTE** | **AMERICAN LIBERTIES INSTITUTE** |
| 10333 La Vine Street | P.O. Box 547503 |
| Alta Loma, California 91701 | Orlando, FL  32854-7503 |
| Telephone: (626) 483-8507 | Telephone: (407) 786-7007 |
| Facsimile: (877) 381-7090 | Facsimile: (407) 786-2978 |
| Email: JEriksen@ali-usa.org | Email: Rick@ali-usa.org |
| (Admitted to Northern District) | (Admitted *pro hac vice*) |

Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs - Page 4

Case No: CV 08-03876 MHP Jews for Jesus, et al. v. City College of San Francisco

| | |
|---|---|
| James P. Eriksen, Esq. | Frederick H. Nelson, Esq. |
| California Bar No. 149816 | Florida Bar No. 0990523 |
| (Local Counsel) | (Lead Trial Counsel) |
| **AMERICAN LIBERTIES INSTITUTE** | **AMERICAN LIBERTIES INSTITUTE** |
| 10333 La Vine Street | P.O. Box 547503 |
| Alta Loma, California 91701 | Orlando, FL  32854-7503 |
| Telephone: (626) 483-8507 | Telephone: (407) 786-7007 |
| Facsimile: (877) 381-7090 | Facsimile: (407) 786-2978 |
| Email: JEriksen@ali-usa.org | Email: Rick@ali-usa.org |
| (Admitted to Northern District) | (Admitted *pro hac vice*) |

Attorneys for Plaintiffs JEWS FOR JESUS, INC., and MR. ROBERT WERTHEIM

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JEWS FOR JESUS, INC., ) | |
| a California non-profit corporation, ) | **Case No: CV 08-03876 MHP** |
| MR. ROBERT WERTHEIM, ) | |
| as an individual ) | **PLAINTIFFS' DECLARATION OF** |
| and as an employee of ) | **FREDERICK H. NELSON** |
| JEWS FOR JESUS, INC., ) | **SUPPORTING STIPULATION FOR** |
| ) | **ENTRY OF ORDER EXTENDING** |
| Plaintiffs, ) | **TIME TO FILE PLAINTIFFS' MOTION** |
| vs. ) | **FOR ATTORNEYS' FEES AND COSTS** |
| ) | **AND PLAINTIFFS' BILL OF COSTS** |
| CITY COLLEGE OF ) | |
| SAN FRANCISCO, and ) | |
| CHARLTON FOTCH, as an ) | |
| individual, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

---

Plaintiffs' Declaration of Frederick H. Nelson
Supporting Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for
Attorneys' Fees and Costs and Plaintiffs' Bill of Costs - Page 1
**Case No: CV 08-03876 MHP** Jews for Jesus, et al. v. City College of San Francisco

FREDERICK H. NELSON declares:

1. I am an attorney representing Plaintiffs in this action. The matters stated in this Declaration are personally known to me. If called upon to testify under oath, I could and would competently testify to the following facts.

2. Pursuant to Local Rule 6-2(a), Plaintiffs' counsel states:

   a. The parties have executed a Settlement Agreement to resolve Plaintiffs' attorneys' fees and costs and request a brief extension of time to negotiate the remittance of funds.

   b. On April 28, 2009, this Court entered an Order (DE. # 56), extending the deadline for Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs to June 7, 2009.

   c. The requested extension of time will have no effect upon any Court scheduling.

3. On Friday, May 29, 2009, I submitted the parties' Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs to Defendants' counsel. On June 1, 2009, Defendants' counsel respond with approval to submit the Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs.

I declare under penalty of perjury under the laws of the State of California and Florida and of the United States that the foregoing is true and correct, and that this Declaration is executed this 1st day of June, 2009, at Clermont, Florida.

DATED: June 1, 2009

          Respectfully submitted,

          **AMERICAN LIBERTIES INSTITUTE**

          s/Frederick H. Nelson
          Frederick H. Nelson, Esq.
          (Lead Trial Counsel)

---

Plaintiffs' Declaration of Frederick H. Nelson
Supporting Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs - Page 2
**Case No: CV 08-03876 MHP** Jews for Jesus, et al. v. City College of San Francisco

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of June 2009, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

Louis A. Leone, Esq.
Kathleen Darmagnac, Esq.
Stubbs & Leone
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Louis A. Leone, Esq. (CSB # 099874)
Kathleen Darmagnac, Esq. (CSB # 150843)
Attorneys for Defendants

Respectfully submitted this 1st day of June 2009.

| | |
|---|---|
| James P. Eriksen, Esq. | s/Frederick H. Nelson |
| California Bar No. 149816 | Frederick H. Nelson, Esq. |
| (Local Counsel) | Florida Bar No. 0990523 |
| **AMERICAN LIBERTIES INSTITUTE** | (Lead Trial Counsel) |
| 10333 La Vine Street | **AMERICAN LIBERTIES INSTITUTE** |
| Alta Loma, California 91701 | P.O. Box 547503 |
| Telephone: (626) 483-8507 | Orlando, FL  32854-7503 |
| Facsimile: (877) 381-7090 | Telephone: (407) 786-7007 |
| Email: JEriksen@ali-usa.org | Facsimile: (407) 786-2978 |
| (Admitted to Northern District) | Email: Rick@ali-usa.org |
| | (Admitted *pro hac vice*) |

---

Plaintiffs' Declaration of Frederick H. Nelson
Supporting Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for
Attorneys' Fees and Costs and Plaintiffs' Bill of Costs - Page 3
**Case No: CV 08-03876 MHP** Jews for Jesus, et al. v. City College of San Francisco

| | |
|---|---|
| James P. Eriksen, Esq. | Frederick H. Nelson, Esq. |
| California Bar No. 149816 | Florida Bar No. 0990523 |
| (Local Counsel) | (Lead Trial Counsel) |
| **AMERICAN LIBERTIES INSTITUTE** | **AMERICAN LIBERTIES INSTITUTE** |
| 10333 La Vine Street | P.O. Box 547503 |
| Alta Loma, California 91701 | Orlando, FL  32854-7503 |
| Telephone: (626) 483-8507 | Telephone: (407) 786-7007 |
| Facsimile: (877) 381-7090 | Facsimile: (407) 786-2978 |
| Email: JEriksen@ali-usa.org | Email: Rick@ali-usa.org |
| (Admitted to Northern District) | (Admitted *pro hac vice*) |

Attorneys for Plaintiffs JEWS FOR JESUS, INC., and MR. ROBERT WERTHEIM

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JEWS FOR JESUS, INC., a California non-profit corporation, MR. ROBERT WERTHEIM, as an individual and as an employee of JEWS FOR JESUS, INC., <br><br>         Plaintiffs, <br><br>vs. <br><br>CITY COLLEGE OF SAN FRANCISCO, and CHARLTON FOTCH, as an individual, <br><br>         Defendants. | **Case No: CV 08-03876 MHP** <br><br> ~~[PROPOSED]~~ **ORDER GRANTING STIPULATION FOR ENTRY OF ORDER EXTENDING TIME TO FILE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS AND PLAINTIFFS' BILL OF COSTS** |

[Proposed] Order Granting Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs - Page 1

**Case No: CV 08-03876 MHP** Jews for Jesus, et al. v. City College of San Francisco

**MEMORANDUM AND ORDER**

The Court, having read and considered the parties' Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs, finds that good cause exists to grant the Stipulation, and thereby orders as follows:

1. PURSUANT TO STIPULATION, IT IS SO ORDERED.

2. The deadline for Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs is extended until Thursday, June 18, 2009.

IT IS SO ORDERED.

Date:  June 2        , 2009



IT IS SO ORDERED
Judge Marilyn H. Patel

[Proposed] Order Granting Stipulation for Entry of Order Extending Time to File Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Bill of Costs - Page 2

Case No: CV 08-03876 MHP Jews for Jesus, et al. v. City College of San Francisco